FREDERICK R. McCULLOUGH, Appellant, v. FREDERICK R. McCULLOUGH, JR., and Others, Respondents.— Judgment and order unanimously affirmed, with costs to the special guardian. No opinion. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

MILTONSON REALTY CORPORATION, Appellant, v. ALBERT E. KLEINERT, as Superintendent of the Bureau of Buildings, Borough of Brooklyn, etc., Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.

BIANCA MINNELLI, an Infant, by MATHEW MINNELLI, Her Guardian ad Litem, Respondent, v. MICHAEL MAROTTA and Another, Appellants.— Order reversed upon the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, with leave to plaintiff to plead anew within twenty days upon paying said costs. The plaintiff should state the facts on which is based the allegation that she was "lawfully on the premises," whether as a tenant, or a visitor, or in such manner as the fact may be. (See *Fairchild* v. *Leo*, 149 App. Div. 31.) Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

NELLIE O'CONNOR, as Administratrix, etc., of MAURICE O'CONNOR, Deceased, Appellant, v. CHARLES E. CHALMERS, as Receiver of the SECOND AVENUE RAILWAY COMPANY, Respondent.— Judgment reversed upon the law and the facts, and a new trial granted, costs to abide the event, on the ground that the evidence presented questions of fact as to negligence and contributory negligence for the jury. Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

POUGHKEEPSIE TRUST COMPANY, Respondent, v. FRED ABEEL, as Administrator, etc., of HOWARD H. ABEEL, Deceased, Appellant.— Judgment reversed upon the law and the facts, and a new trial granted, with costs to the appellant to abide the event. We think a new trial should be had rather than a dismissal of the complaint, for the reason that upon such new trial the facts may be more fully developed as to notice or lack of notice. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GIACOMO RIZZO, Appellant.— Judgment of conviction of the Court of Special Sessions affirmed. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

LOUIS C. SCHALL, Appellant, v. SAMUEL W. IRWIN and Another, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

EVELYN C. SCHULTZE, Appellant, v. CORNELIUS A. McGUIRE, Respondent.— Judgment affirmed, with costs. No opinion. Rich, Manning and Kapper, JJ., concur; Kelly, P. J., and Young, J., dissent on authority of *Riley* v. *Standard Oil Co.* (231 N. Y. 301).

OTTO H. SCHULTZE, Appellant, v. CORNELIUS A. McGUIRE, Respondent.— Judgment affirmed, with costs. No opinion. Rich, Manning and Kapper, JJ., concur; Kelly, P. J., and Young, J., dissent on authority of *Riley* v. *Standard Oil Co.* (231 N. Y. 301).